UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21412-MORENO

UNITED STATES OF AMERICA *ex rel.*
CABP ETHICS AND CO. LLC,

    Plaintiff-Intervenor/Relator,

vs.

ALEXIS, LLC.,

    Defendant.

## ORDER ON THE UNITED STATES OF AMERICA'S COMBINED NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT AND UNOPPOSED APPLICATION FOR PARTIAL UNSEALING

THIS case came before the Court on The United States of America's Combined Notice of Election To Intervene for Purposes of Settlement and Unopposed Application for Partial Unsealing (D.E. 38). The United States having intervened for the purposes of Settlement pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

**IT IS ORDERED** that,

A. The Clerk shall unseal the following papers and pleadings: Docket Entries 2, 4, The United States of America's Combined Notice of Election To Intervene for Purposes of Settlement and Unopposed Request for Partial Unsealing (D.E. 38), the United States Complaint in Intervention (D.E. 39), this Order (D.E. 40), and any unsealed filings after the Court's entry of this Order.

B. The following pleading and papers **shall remain sealed and be permanently sealed**: D.E. Nos: 1, 3, and 5 through 37.

C. The Clerk shall seal on the Docket Sheet, the identity of any defendants and parties with the exception of the United States or America, Relator CABP Ethics & Co. LLC and Defendant Alexis, LLC, and their respective counsel.

D. The seal be lifted on all other matters occurring in this action after the date of this Order.

DONE and ORDERED in chambers in Miami, Florida this 11ᵗʰ day of July, 2024.

FEDERICO MORENO
UNITED STATES DISTRICT JUDGE

cc: All Parties listed on the attached Service List

## SERVICE LIST

| | |
|---|---|
| James A. Weinkle<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Southern District of Florida<br>Alto Lee Adams Federal Courthouse<br>101 S. U.S. Highway One, Suite 3100<br>Fort Pierce, FL 34950<br><br>Email: James.Weinkle@usdoj.gov<br><br>*Counsel for the United States of America*<br><br>*Via CM/ECF* | |
| MARY A. INMAN<br>[CA Bar No. 176059]<br>Whistleblower Partners LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: 415 707 6855<br>Email: mary@whistleblower.law<br><br>*Counsel for Relator*<br><br>*Via CM/ECF* | JILLIAN L. ESTES<br>[Fla. Bar No. 0055774]<br>MORGAN VERKAMP LLC<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513.651.4400<br>Email: jillian.estes@morganverkamp.com<br><br>*Counsel for Relator*<br><br>*Via CM/ECF* |